

**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**New Case Electronically Filed: COMPLAINT**
September 8, 2022 15:41

By: TYRESHA BROWN-O'NEAL 0084636

Confirmation Nbr. 2647191

| | |
|---|---|
| JANISE M. STENNIES MEADE | CV 22 968464 |
| vs. | |
| LOWES, ET AL | Judge: JOAN SYNENBERG |

Pages Filed: 4



## IN THE COURT OF COMMON PLEAS
## GENERAL DIVISION
## CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| JANISE STENNIES MEADE<br>89 Willis Street, Suite 46161<br>Bedford, Ohio 44146,<br><br>Plaintiff,<br><br>vs.<br><br>LOWES<br>1000 Lowes Boulevard,<br>Mooreville, North Carolina 28117<br><br>and<br><br>LOWES<br>365 Duke Rd Ste A #14072,<br>Lexington, Kentucky 40515<br><br>Defendant. | CASE NO:<br><br>JUDGE:<br><br><br><br><br><br>**COMPLAINT**<br><br><br><br><br><br><br><br>**(JURY DEMAND)** |

## COMPLAINT

1. Now comes Janise Stennies Meade ("Plaintiff"), by and through the undersigned counsel, and alleges:

### INTRODUCTION

2. This is an action for damages brought by Plaintiff against Lowes ("Defendant") for its Negligence and Failure to Train its employees.

### PARTIES

3. Plaintiff is presently, and at all times relevant to this litigation, is a resident of Cuyahoga County, Ohio

4. Defendant is a business entity engaged in business in the State of Ohio, specifically in Bedford Heights, Ohio, presently and at all times relevant to this litigation.

5. Defendant and its agents, representatives, servants, and/or employees were acting within the course and scope of their agency or employment when this cause of action arose.

## JURISDICTION AND VENUE

6. Jurisdiction of this Court arises pursuant to R.C. 2305.01.

7. Venue in Cuyahoga County is proper because Defendant transacts business in said county and the actions that give rise to this Complaint transpired in Cuyahoga County.

## FACTS

8. On or about September 15, 2020, Plaintiff was a consumer shopping in the business establishment of Defendant.

9. Plaintiff selected various eight foot, four inch by four inch pieces of lumber for a project.

10. Due to the heavy weight of these pieces of lumber, they were placed on a skid by Lowes employees.

11. A Lowes cashier ("Cashier A") removed the large piece of lumber from its skid.

12. Cashier A proceeded to scan a large piece of lumber and recklessly stood the lumber piece up, with no support.

13. As soon as Cashier A let go of that same piece of lumber, it crashed onto Plaintiff's head, neck, and back, causing injury.

14. This same piece of lumber then rolled down Plaintiff's shoulder, arm, and hand, causing further injury to each part of her body.

15. Customers and employees alike were shocked by the recklessness of the employee and concerned for the well-being of Plaintiff and her injuries.

16. Managers and supervisors arrived and were unhelpful and heartless toward Plaintiff, but completed an incident report.

17. Plaintiff departed the establishment, and immediately reported to the Emergency room for treatment of the pain and injury.

18. Plaintiff is currently, and has continuously been, in treatment for the permanent injuries to her neck, back, and shoulder.

19. Plaintiff's treatment included treatment from a chiropractor, a surgeon, and a physical therapist.

20. Plaintiff also required an MRI to diagnose the need for surgery.

## COUNT 1

## (NEGLIGENCE)

21. Plaintiff incorporates all previous facts and allegations from the preceding paragraphs.

22. Cashier A was an employee of Defendant while working in her capacity as a cashier.

23. Defendant is liable for the actions of Cashier A while working in her capacity as a cashier.

24. Defendant owes a duty to its customers.

25. Defendant breached that duty when it did not secure the large piece of lumber and the lumber fell.

26. This falling lumber was the direct cause of Plaintiff's permanent injuries.

27. As a result of Defendant's breach of its duty, Plaintiff has suffered damages in an amount to be determined at trial.

## COUNT 2

## (FAILURE TO TRAIN)

28. Plaintiff incorporates all previous facts and allegations from the preceding paragraphs.

29. Defendant owed a duty to customers to properly train its employees.

30. On information and belief, Defendant failed to properly train employees.

31. As a result of Defendant's failure to train, Plaintiff has suffered damages in an amount to be determined at trial.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays judgment for:

a) Judgment against Defendants for money damages in an amount exceeding $25,000.00;

b) Reasonable Attorney's fees;

c) Costs incurred herein; and

d) Such further relief as this Court may deem proper and just.

Respectfully Submitted,

*/s/ Tyresha Brown-O'Neal*

**TYRESHA BROWN-O'NEAL, ESQ. (0084636)**
**LON'CHERIE' D. BILLINGSLEY, ESQ. (0089450)**
**The Law Offices of Tyresha Brown-O'Neal & Associates**
1220 West Sixth Street, Suite 308
Bradley Building
Cleveland, Ohio 44113
(216) 861-2481
(216) 575-7664 (Fax)
tyreshabrown@hotmail.com
*Attorneys for Plaintiff*

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
# CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

JANISE M. STENNIES MEADE
**Plaintiff**

V.

LOWES, ET AL
**Defendant**

**CASE NO.** CV22968464

**JUDGE** JOAN SYNENBERG

## SUMMONS   SUMC  CM

Notice ID: 48592525

| From: | JANISE STENNIES MEADE  P1 <br> 89 WILLIS STREET , SUITE 46161 <br> BEDFORD OH 44146 |
|---|---|

| Atty.: | TYRESHA BROWN-O'NEAL <br> 1220 WEST SIXTH STREET <br> 308 BRADLEY BUILDING <br> CLEVELAND, OH 44113-0000 |
|---|---|

| To: | LOWES  D1 <br> 1000 LOWES BOULAVARD <br> MOOREVILLE NC 28117 |
|---|---|

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.us/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

By_____
**Deputy**

Date Sent: 09/15/2022

CMSN130

**UNITED STATES POSTAL SERVICE**

Date Produced: 09/26/2022

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3547 0819 54. Our records indicate that this item was delivered on 09/23/2022 at 10:19 a.m. in MOORESVILLE, NC 28117. The scanned image of the recipient information is provided below.

Signature of Recipient :

Agent
Covid

Address of Recipient :

Rt. 36

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 2022-9-28-05-10 CV22968464
Sent To: 1000 LOWES BOULAVARD MOORESVILLE, NC 28117

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
# CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

JANISE M. STENNIES MEADE
**Plaintiff**

V.

LOWES, ET AL
**Defendant**

**CASE NO.** CV22968464

**JUDGE** JOAN SYNENBERG

# SUMMONS    SUMC  CM

**Notice ID:** 48592526

| From: | JANISE STENNIES MEADE            P1 |
|-------|--------------------------------------|
|       | 89 WILLIS STREET, SUITE 46161 |
|       | BEDFORD OH 44146 |

| Atty.: | TYRESHA BROWN-O'NEAL |
|--------|----------------------|
|        | 1220 WEST SIXTH STREET |
|        | 308 BRADLEY BUILDING |
|        | CLEVELAND, OH 44113-0000 |

| To: | LOWES                                 D2 |
|-----|-------------------------------------------|
|     | 365 DUKE ROAD, SUITE# A14072 |
|     | LEXINGTON KY 40515 |

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.us/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

Date Sent: 09/15/2022

By_____
Deputy

CMSN130

**UNITED STATES POSTAL SERVICE**

Date Produced: 09/26/2022

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3547 0819 61. Our records indicate that this item was delivered on 09/23/2022 at 10:10 a.m. in LEXINGTON, KY 40502. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 2022-9-28-05-10 CV22968464
Sent To: 365 DUKE ROAD, SUITE# A14072 LEXINGTON, KY 40515

